UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: _____

Kernin Faith Hamilton,

    Plaintiff,

v.

Compass Bank,

    Defendant.

## COMPLAINT

For this Complaint, Plaintiff, Kernin Faith Hamilton, by undersigned counsel, states as follows:

### JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act 47 U.S.C. § 227, *et seq.* (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

3. Plaintiff, Kernin Faith Hamilton ("Plaintiff"), is an adult individual residing in Pine, Colorado, and is a "person" as defined by 47 U.S.C. § 153(39).

4. Defendant, Compass Bank ("Compass"), is an Alabama business entity with an address of P.O. Box 10566, Birmingham, Alabama 35296, and is a "person" as defined by 47 U.S.C. § 153(39).

## FACTS

5. Within the last year, Compass began placing calls to Plaintiff's cellular telephone, number 720-xxx-6770, from number 713-867-1184 using an automatic telephone dialing system ('ATDS") and/or using a prerecorded or artificial voice.

6. When Plaintiff answered calls from Compass, she heard a prerecorded message stating that the call would be recorded for quality assurance before she was connected to a live representative.

7. In or around November 2015, Plaintiff spoke with a Compass representative and demanded that the calls to her cellular telephone number cease.

8. Thereafter, the calls continued.

9. On or about March 17, 2016, Plaintiff again demanded that Compass cease all calls to her cellular telephone number.

10. Nevertheless, Compass continued to place automated calls to Plaintiff's cellular telephone number.

## COUNT I
## VIOLATIONS OF THE TPCA – 47 U.S.C. § 227, *et seq.*

11. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

12. At all times mentioned herein, Defendant called Plaintiff's cellular telephone number using an ATDS and/or using a prerecorded or artificial voice.

13. When Plaintiff answered calls from Defendant, she heard a prerecorded message.

14. Defendant continued to place automated calls to Plaintiff's cellular telephone number despite knowing it lacked consent to do so.  As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to

47 U.S.C. § 227(b)(3)(C).

15. The telephone number called by Defendant was assigned to a cellular telephone service for which Plaintiff incurs charges pursuant to 47 U.S.C. § 227(b)(1).

16. Plaintiff was annoyed, harassed and inconvenienced by Defendant's continued calls.

17. The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

18. Plaintiff is entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

19. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in his favor and against Defendant as follows:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

3. Granting Plaintiff such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: June 9, 2016

                                                Respectfully submitted,

                                                By */s/ Jenny DeFrancisco*

Jenny DeFrancisco, Esq.
CT Bar No.: 432383
LEMBERG LAW LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-mail: jdefrancisco@lemberglaw.com
*Attorneys for Plaintiff*

<u>Plaintiff:</u>
Kernin Faith Hamilton
33758 Harmon Road
Pine, Colorado 80470