IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-01393-RBJ-MJW

KERNIN FAITH HAMILTON,

Plaintiff,

v.

COMPASS BANK,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     In light of the parties' Notice of Settlement (Docket No. 31), it is hereby ORDERED that dismissal papers shall be filed on or before March 13, 2017.

Date: January 17, 2017