# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-01393-RBJ-MJW

KERNIN FAITH HAMILTON,

    Plaintiff,

v.

COMPASS BANK,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Kernin Faith Hamilton and defendant Compass Bank, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted this 13th day of February, 2017.

| | |
|---|---|
| *s/ Jenny DeFrancisco* | *s/ Taylor T. Haywood* |
| Jenny DeFrancisco, CT Bar No. #432383 | Justin D. Balser, #34365 |
| **LEMBERG LAW, LLC** | Dennis N. Lueck, Jr. #44283 |
| 43 Danbury Road, 3rd Floor | Taylor T. Haywood, #46664 |
| Wilton, Connecticut 06897 | **AKERMAN LLP** |
| Telephone: (203) 653-2250 | 1900 Sixteenth Street, Suite 1700 |
| Fax: (203) 653-3424 | Denver, Colorado 80202 |
| Email:  jdefrancisco@lemberglaw.com | Telephone: (303) 260-7712 |
| | Fax: (303) 260-7714 |
| *Attorney for plaintiff Kernin Faith Hamilton* | Email:  justin.balser@akerman.com |
| | Email:  dennis.lueck@akerman.com |
| | Email:  taylor.haywood@akerman.com |
| | |
| | *Attorneys for defendant Compass Bank* |

2

## CERTIFICATE OF SERVICE

I hereby certify on February 13, 2017, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed and served via CM/ECF on the following:

Jenny Diane De Francisco, Esq.
LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT  06897

*Counsel for plaintiff*

 

                                             *s/ Nick Mangels*
                                             Nick Mangels